IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMMAREAN C. LIGHTSEY, ) | |
| AIS 238811, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CA 07-0481-CG-C |
| ) | |
| TROY KING, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made[1], the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 21, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's objection does not address that portion of the Report and Recommendation which found that she had procedurally defaulted on all but two of her claims for relief. As to those two claims which the Report and Recommendation addressed, the objection merely elaborates on points made in her original petition.