# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EMMAREAN C. LIGHTSEY,** ) | |
| **AIS 238811,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CA 07-0481-CG-C |
| ) | |
| **TROY KING, et al.,** ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be denied based upon her failure to establish that her constitutional rights were violated.

**DONE** this 9th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE